UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SAVOIA, LOUIS V. | § Case No. 07-19057 |
| | § |
| SAVOIA CONSTRUCTION, INC. | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/23/2010          By:  /s/BRADLEY J. WALLER
                                            Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: SAVOIA, LOUIS V.   § Case No. 07-19057
§
SAVOIA CONSTRUCTION, INC.   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,011.36 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,011.36 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 1,351.14 | $ 143.50 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,097.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Fifth Third Bank | $ 15,680.28 | $ 599.71 |
| 2 | United States Department of Education | $ 1,705.15 | $ 65.21 |
| 3 | Mack Financial Services, a division of VFS US LLC | $ 49,918.44 | $ 1,909.17 |
| 4 | Mack Financial Services, a division of VFS US LLC | $ 41,002.73 | $ 1,568.18 |
| 5 | LVNV Funding LLC its successors and assigns of Citiibank | $ 2,392.04 | $ 91.49 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 7,398.37 | $ 282.96 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                             *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                             *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
                    Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: dross              Page 1 of 1              Date Rcvd: Feb 11, 2008
Case: 07-19057                Form ID: ntcftfc7        Total Served: 16
```

The following entities were served by first class mail on Feb 13, 2008.
```
db              +Louis V. Savoia,    12902 West 159th Street, #2C,    Homer Glen, IL 60491-6628
aty             +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,    332 S. Michigan Avenue,   Suite 1000,
                  Chicago, IL 60604-4398
aty             +Stuart B Handelman,    Law Offices Of Stuart B Handelman P C,    332 S Michigan Ave Ste 1020,
                  Chicago, IL 60604-4323
tr              +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                  Sycamore, IL 60178-3140
11680420        +Anthony Savoia,    1715 Kingtree Drive,    Morris, IL 60450-5605
11680421        +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
11680424       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Fifth Third Center,   Cincinnati, OH 45263)
11680426        +Joleena Jones,    312 S. Division Street,    Braidwood, IL 60408-2110
11680427        +Kay Jewelers,    375 Ghent Road,    Akron, OH 44333-4600
11680428         Mack Financial Services,    c/o Teresa Davidson,    7025 Albert Pick Road, Suite 105 (27409),
                  P.O. Box 26131,    Greensboro, NC 27402-6131
11680423         Mack Financial Services,    c/o Dennis Levine & Associates,    103 South Boulevard,
                  Tampa, FL 33606-1901
11680429        +Sears,    Citi Cards,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
11680430        +U.S. Atty for Northern Dist IL,    For Department of Education),    219 S. Dearborn Street, 5th Fl,
                  Chicago, IL 60604-2029
11680431        +U.S. Dept. of Education,    501 Bleecker Street,    Utica, NY 13501-2401
```

The following entities were served by electronic transmission on Feb 12, 2008.
```
11680421         +EDI: BANKAMER2.COM Feb 12 2008 00:27:00    Bank of America,    P.O. Box 17054,
                  Wilmington, DE 19884-0001
11680422         +EDI: HFC.COM Feb 12 2008 00:27:00    Best Buy - Retail Services,    P.O. Box 15524,
                  Wilmington, DE 19850-5524
11680425         +EDI: HFC.COM Feb 12 2008 00:27:00    HSBC Yamaha,    P.O. Box 15524,    Wilmington, DE 19850-5524
11680429         +EDI: SEARS.COM Feb 12 2008 00:26:00    Sears,    Citi Cards,    P.O. Box 6189,
                  Sioux Falls, SD 57117-6189
                                                                                               TOTAL: 4
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2008                        Signature:   *Joseph Speetjens* (signature)